IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLENE PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-2235 KHV |
| | ) |
| GREYSTONE GRAPHICS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Charlene Peterson and Greystone Graphics, Inc., by and through their respective Counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby stipulate to the dismissal of the above-captioned civil action with prejudice, with each party to the dismissal to bear its own costs and attorney's fees.

Date:   April 4, 2008

Respectfully Submitted,

| | |
|---|---|
| /s/ David Whipple | /s/ Erin D. Schilling |
| DAVID WHIPPLE    KS Fed #70709 | W. TERRENCE KILROY    KS Fed #70387 |
| WHIPPLE LAW FIRM | ERIN D. SCHILLING    KS #21987 |
| 400 SCARRITT BUILDING | SHUGHART, THOMSON & KILROY |
| 818 GRAND AVENUE | Twelve Wyandotte Plaza |
| KANSAS CITY, MO 64106 | 120 West 12th Street |
| (816) 842-6411 | Kansas City, Missouri 64105 |
| (816) 842-6463 fax | (816) 421-3355 |
| whiplaw@swbell.net | (816) 374-0509  fax |
| | tkilroy@stklaw.com |
| | eschilling@stklaw.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

2237711.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2008, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

W. Terrence Kilroy
Erin D. Schilling
SHUGHART, THOMSON & KILROY
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105

        /s/  David W. Whipple
Attorney for Plaintiff

2237711.1

--